[No. 63244-2-I.   Division One.   January 10, 2011.]

*In the Matter of the Marriage of* JANIE L. BLOCK, *Respondent*, and DENNIS L. BLOCK, *Appellant*.

*Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 63308-2-I.   Division One.   January 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO ABRAHAM HERNANDEZ, *Appellant*.

*Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Becker and Schindler, JJ.

[No. 63349-0-I.   Division One.   January 10, 2011.]

TARA A. DAVIS, *Respondent*, v. DARRYL M. LEWIS ET AL., *Appellants*.

*Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Cox, JJ.

[No. 63438-1-I.   Division One.   January 10, 2011.]

*In the Matter of the Marriage of* LYNETTE KATARE, *Respondent*, and BRAJESH KATARE, *Appellant*.

*Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Ellington, JJ.